EXHIBIT 2

# AMENDMENT TO LEASE AGREEMENT

## Great American Bistro

This Amendment to Commercial Lease Agreement (the "Amendment") is made and entered into as of July 10, 2024, by and between Susan Renee Taylor, as Personal Representative of the Estate of Dolores V. Satterthwaite ("Landlord"), and Great American Bistro, DBA Oasis a District of Columbia business entity, by and through its manager, Victoria Manages ("Tenant").

## RECITALS

WHEREAS, Landlord and Tenant entered into a Commercial Lease Agreement for the premises located at 1545 New Jersey Avenue NW, Washington, DC (the "Premises"); and

WHEREAS, Tenant will make a $50,000.00 payment to assist in preventing foreclosure on the Premises and desires to extend its tenancy; and

WHEREAS, the parties wish to amend the lease to reflect an extension of the term and revised rent provisions;

NOW, THEREFORE, in consideration of the mutual promises contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. Term Extension
The lease is hereby extended for an additional five (5) years, commencing on July 1, 2025, and expiring on June 30, 2030.

2. Rent Adjustment
The monthly rent will be $7,500, due on the 1st of every month

3. Non Termination Assurance
Landlord agrees that during the extended term of the lease, it shall not terminate the lease for any reason except for a material breach by Tenant. In the event of default, Tenant shall be provided written notice and a reasonable opportunity to cure in accordance with the original lease agreement.

4. Lease Continuation
Except as expressly amended herein, all other terms, covenants, and conditions of the original lease shall remain unchanged and in full force and effect.

IN WITNESS WHEREOF, the parties have executed this First Amendment to Commercial Lease Agreement as of the date first above written.

LANDLORD:

______________________

Susan Renee Taylor
Personal Representative
Estate of Dolores V. Satterthwaite
Date: 07/10/24

TENANT:

______________________

Victoria Manages
Manager, on behalf of Great American Bistro
Date: 7-10-2024