Exhibit 3

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| 1535 NJA, LLC | : | Case Number: 2025 LTB 8139 |
| | : | |
| v. | : | Judge: Shana Frost Matini |
| | : | |
| THE GREAT AMERICAN BISTRO OF WASHINGTON DC | : | Next Hearing: March 3, 2026[1] |
| | : | |

**ORDER**

Upon consideration of the Motion to Review Magistrate Judge's Order Denying Motion to Intervene and Denying Victoria Manages and Victoria Manages d/b/a Great American Bistro d/b/a Oasis Motion to Stay Eviction, filed on January 9, 2026, it is this 9th day of January 2026 hereby:

**ORDERED** that Plaintiff file its response to the motion on or before January 23, 2026 with any reply due by January 30, 2026.

**SO ORDERED**.

Judge Shana Frost Matini
Superior Court of the District of Columbia

Copies electronically served upon counsel of record

[1] This hearing is set on Defendant's January 9, 2026 Motion to Alter or Amend Judgment and for Relief from a Final Judgment, Order or Proceeding.