**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**The Great American Bistro of Washington DC, LLC,**<br><br>**Debtor.** | **Case No. 26-00011-ELG**<br><br>**Chapter 11 – Subchapter V** |

## ACTING UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS

Comes Now, Matthew W. Cheney, Acting United States Trustee for Region 4 ("U.S. Trustee"), and hereby submits this objection (the "Objection") to the Motion for an Order Authorizing the Retention and Employment of Professionals Used in the Ordinary Course of Business (the "Application") filed by The Great American Bistro of Washington DC, LLC (the "Debtor")(Doc. No. 12). In support of this Objection, the U.S. Trustee states as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(1). Venue is proper in this district under 28 U.S.C. § 1408.

2. Pursuant to 11 U.S.C. § 307, the U.S. Trustee for Region 4, which includes the District of Columbia, under 28 U.S.C. § 581(a)(7), has standing to appear and be heard on any issue in a case or proceeding under the Bankruptcy Code.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

3. Pursuant to 28 U.S.C. § 586(a)(3), the U.S. Trustee is statutorily obligated to monitor the administration of cases commenced under the Bankruptcy Code, 11 U.S.C. § 101 *et seq*.

## BACKGROUND

4. The Debtor commenced this proceeding by filing a petition for relief under Chapter 11 of the Bankruptcy Code on January 9, 2026 (the "Petition Date"). (Doc. No. 1).

5. On January 9, 2026, Monique Almy was appointed the subchapter V trustee. (Doc. No. 5).

6. On January 14, 2026, the Debtor filed the Application. (Doc. No. 12).

7. The Application seeks to employ Wanda J Dixon as an ordinary course professional in the case pursuant to sections 105, 327, 328, and 330 of the Bankruptcy Code.

8. The Application states that Ms. Dixon "provided general legal services to the Debtor prior to the Petition Date, including representation in certain litigation in District of Columbia Landlord & Tenant court and advice on District of Columbia Law." Application at ¶ 24.

## BASIS FOR OBJECTION

The U.S. Trustee attempted to gain additional information in connection with the application to determine whether Ms. Nixon was an appropriate ordinary course professional or if it was more appropriate for Ms. Nixon to be employed pursuant to section 327(e) as special counsel to the Debtor. The U.S. Trustee has not received a response from Debtor's counsel with regard to its inquiry. As there is not sufficient information in the Application to ascertain whether Ms. Dixon is an ordinary course professional, the U.S. Trustee objects to her treatment

as such.[1]

WHEREFORE, the Acting United States Trustee respectfully requests that this Court enter an order (i) sustaining the Objection; (b) denying the Application; and (c) granting such other relief that this Court deems appropriate.

January 30, 2026

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

[1] Given that there is only one proposed ordinary course professional the U.S. Trustee does not believe it would be burdensome to the estate to seek to employ Ms. Nixon under section 327(e) and have Ms. Nixon file fee applications pursuant to section 330 of the Code.

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed the foregoing objection with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system to the following:

Monique Desiree Almy malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

William C. Johnson, Jr. wcjjatty@yahoo.com,
wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

Stephen A. Metz smetz@offitkurman.com,
mmargulies@offitkurman.com;lydia.yale@offitkurman.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist