William C. Johnson, Jr., Esq.
Fed Bar No. 470314
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
William@JohnsonLG.Law
Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **THE GREAT AMERICAN BISTRO** | ) | |
| **OF WASHINGTON DC, LLC** | ) | **Case No. 26-00011-ELG** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## REQUEST TO WITHDRAW DOCUMENT

**COMES NOW** the debtor The Great American Bistro of Washington DC, LLC, represented by counsel William C. Johnson Jr., Esq. files the instant Request to Withdraw Document #12, identified as Debtor's Motion for an Order Authorizing the Retention and Employment of Professionals used in the Ordinary Course of Business. In support thereof the debtor states as follows:

1. On January 14, 2026, the debtor filed Debtor's Motion for an Order Authorizing the Retention and Employment of Professionals used in the Ordinary Course of Business, [Dkt. No. 12].

2. The debtor has elected to Dismiss its Bankruptcy case and request to withdraw document no. 12.

**WHEREFORE**, the debtor requests the Clerk to withdraw document no. 22, Debtor's Motion for an Order Authorizing the Retention and Employment of Professionals used in the Ordinary Course of Business.

February 3, 2026

***/s/ William C. Johnson, Jr.***
William C. Johnson, Jr., Esq.
Fed Bar No. 470314

6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
(202) 525-2958
Fax (301) 477-4813
William@JohnsonLG.Law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day of February 3, 2026, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

All Parties entitled notice on the ECF System

All creditors on Mailing Matrix

The Notice of Electronic filing indicates that Notice was electronically mailed to all parties.

February 3, 2026 ***/s/ William C. Johnson, Jr.***
William C. Johnson, Jr., Esq.